JS 44   (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❐ 1  U.S. Government
     Plaintiff

❐ 3  Federal Question
     *(U.S. Government Not a Party)*

❐ 2  U.S. Government
     Defendant

❐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❐ 1 | ❐ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ❐ 4 |
| Citizen of Another State | ❐ 2 | ❐ 2 | Incorporated *and* Principal Place of Business In Another State | ❐ 5 | ❐ 5 |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ❐ 625 Drug Related Seizure of Property 21 USC 881 | ❐ 422 Appeal 28 USC 158 | ❐ 375 False Claims Act |
| ❐ 120 Marine | ❐ 310 Airplane  ❐ 365 Personal Injury - | ❐ 690 Other | ❐ 423 Withdrawal | ❐ 376 Qui Tam (31 USC |
| ❐ 130 Miller Act | ❐ 315 Airplane Product     Product Liability | | 28 USC 157 | 3729(a)) |
| ❐ 140 Negotiable Instrument | Liability  ❐ 367 Health Care/ | | | ❐ 400 State Reapportionment |
| ❐ 150 Recovery of Overpayment | ❐ 320 Assault, Libel &     Pharmaceutical | | **PROPERTY RIGHTS** | ❐ 410 Antitrust |
| & Enforcement of Judgment | Slander     Personal Injury | | ❐ 820 Copyrights | ❐ 430 Banks and Banking |
| ❐ 151 Medicare Act | ❐ 330 Federal Employers'     Product Liability | | ❐ 830 Patent | ❐ 450 Commerce |
| ❐ 152 Recovery of Defaulted | Liability  ❐ 368 Asbestos Personal | | ❐ 840 Trademark | ❐ 460 Deportation |
| Student Loans | ❐ 340 Marine     Injury Product | | | ❐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❐ 345 Marine Product     Liability | | **SOCIAL SECURITY** | Corrupt Organizations |
| ❐ 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | ❐ 710 Fair Labor Standards | ❐ 861 HIA (1395ff) | ❐ 480 Consumer Credit |
| of Veteran's Benefits | ❐ 350 Motor Vehicle  ❐ 370 Other Fraud | Act | ❐ 862 Black Lung (923) | ❐ 490 Cable/Sat TV |
| ❐ 160 Stockholders' Suits | ❐ 355 Motor Vehicle  ❐ 371 Truth in Lending | ❐ 720 Labor/Management | ❐ 863 DIWC/DIWW (405(g)) | ❐ 850 Securities/Commodities/ |
| ❐ 190 Other Contract | Product Liability  ❐ 380 Other Personal | Relations | ❐ 864 SSID Title XVI | Exchange |
| ❐ 195 Contract Product Liability | ❐ 360 Other Personal     Property Damage | ❐ 740 Railway Labor Act | ❐ 865 RSI (405(g)) | ❐ 890 Other Statutory Actions |
| ❐ 196 Franchise | Injury  ❐ 385 Property Damage | ❐ 751 Family and Medical | | ❐ 891 Agricultural Acts |
| | ❐ 362 Personal Injury -     Product Liability | Leave Act | | ❐ 893 Environmental Matters |
| | Medical Malpractice | ❐ 790 Other Labor Litigation | | ❐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ❐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| ❐ 210 Land Condemnation | ❐ 440 Other Civil Rights  **Habeas Corpus:** | Income Security Act | ❐ 870 Taxes (U.S. Plaintiff | ❐ 896 Arbitration |
| ❐ 220 Foreclosure | ❐ 441 Voting  ❐ 463 Alien Detainee | | or Defendant) | ❐ 899 Administrative Procedure |
| ❐ 230 Rent Lease & Ejectment | ❐ 442 Employment  ❐ 510 Motions to Vacate | | ❐ 871 IRS—Third Party | Act/Review or Appeal of |
| ❐ 240 Torts to Land | ❐ 443 Housing/     Sentence | | 26 USC 7609 | Agency Decision |
| ❐ 245 Tort Product Liability | Accommodations  ❐ 530 General | | | ❐ 950 Constitutionality of |
| ❐ 290 All Other Real Property | ❐ 445 Amer. w/Disabilities -  ❐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment  **Other:** | ❐ 462 Naturalization Application | | |
| | ❐ 446 Amer. w/Disabilities -  ❐ 540 Mandamus & Other | ❐ 465 Other Immigration | | |
| | Other  ❐ 550 Civil Rights | Actions | | |
| | ❐ 448 Education  ❐ 555 Prison Condition | | | |
| | ❐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❐ 1  Original
     Proceeding

❐ 2  Removed from
     State Court

❐ 3  Remanded from
     Appellate Court

❐ 4  Reinstated or
     Reopened

❐ 5  Transferred from
     Another District
     *(specify)*

❐ 6  Multidistrict
     Litigation -
     Transfer

❐ 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ❐ Yes   ❐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE